THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Anthony
 Williams, Appellant.
 
 
 
 
 

Appeal From Horry County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2009-UP-568
 Submitted December 1, 2009  Filed
December 2, 2009   

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia, and Solicitor J. Gregory Hembree, of Conway,
 for Respondent.
 
 
 

PER CURIAM:  Anthony Williams appeals from his guilty plea to a property crime
 third or subsequent, arguing the record did not establish he had at least two
 prior convictions.  After a
 thorough review of the record and brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.
 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.